IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH AMBROSE, D.C.,

        Plaintiff,

   v.                 CIV. NO. S-08-1664 LKK/GGH

GARY COFFEY, et al.,

        Defendants.
_____/

WILMER D. ORIGEL,

        Plaintiff,

   v.                 CIV. NO. S-09-2640 GEB/GGH

TRAVELERS PROPERTY AND
CASUALTY COMPANY OF
AMERICA, A Corporation;
WILLIAM REYNOLDS; THE         RELATED CASE ORDER
COUNTY OF SAN JOAQUIN;
JAMES C. WEYDERT; GARY
COFFEY; and DOES 1 to 100,

        Defendants.
_____/

    By prior order, this court related and consolidated three cases concerning various civil rights claims brought by chiropractors. These consolidated cases are currently proceeding as <u>Ambrose, et al. v. Coffey, et al.</u>, Case No. S-08-cv-1664-LKK-GGH. Plaintiff in a fourth case, <u>Origel v. Travelers Property and</u>

1

1  Casualty Co. of America, et. al., Case No. S-09-cv-2640-GEB-GGH,
2  has filed a notice of related cases.
3      Examination of the above-entitled actions reveals that the
4  Origel action is related to the consolidated actions within the
5  meaning of Local Rule 83-123(a).  The actions involve the same
6  defendants, and are based on the same or similar claims, similar
7  questions of fact and the same question of law.  Accordingly, the
8  assignment of the matters to the same judge and magistrate judge
9  is likely to effect a substantial savings of judicial effort and
10 is also likely to be convenient for the parties.
11     The parties should be aware that relating the cases under
12 Local Rule 83-123 merely has the result that the actions are
13 assigned to the same judge; the Origel action is not consolidated
14 with the other actions by this order.  Under the regular practice
15 of this court, related cases are generally assigned to the judge
16 and magistrate judge to whom the first filed action was assigned.
17     The court hereby orders that:
18     1.   The above-captioned cases are RELATED.
19     2.   The action denominated CIV. NO. 2:09-cv-2640-GEB-GGH is
20          REASSIGNED to Judge Lawrence K. Karlton and Magistrate
21          Judge Gregory G. Hollows for all further proceedings.
22          Any dates currently set in the reassigned case are
23          hereby VACATED.  Defendants in the reassigned case are
24          DIRECTED to renotice the motions pending in that case to
25 ////
26 ////

1        reflect a hearing date available before Judge Karlton.[1]

2   3.   Henceforth, the caption on documents filed in the cases

3        shall be shown as CIV. NO. 2:08-cv-1664-LKK-GGH and CIV.

4        NO. 2:08-cv-2640-LKK-GGH, respectively.

5   3.   The Clerk of the Court make shall appropriate adjustment

6        in the assignment of civil cases to compensate for this

7        reassignment.

8 IT IS SO ORDERED.

9 DATED: October 30, 2009.

                                          */s/ Lawrence K. Karlton*
                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT

---

[1] The court notes that a motion to dismiss in the Ambrose cases has been noticed for hearing before this court for November 23, 2009, and that a similar motion to dismiss has been filed in Origel, previously noticed for hearing before Judge Burrell on November 23 as well.  Although the court VACATES the hearing date for the second motion, the parties may file a motion to shorten time if they believe that judicial economy would be served by hearing the motions together.  However, the parties are reminded that the cases have not been consolidated, and that the two motions will at this point be decided separately.

3