1  DANA A. SUNTAG (California State Bar #125127)
   SUNTAG & FEUERSTEIN
2  A Professional Corporation
   The Kress Building
3  20 North Sutter Street, Fourth Floor
   Stockton, California  95202
4  Telephone:  (209) 943-2004
   Facsimile:    (209) 943-0905
5  Dana@Suntag-Feuerstein.com

6  QUENDRITH L. MACEDO (California State Bar #179167)
   Deputy County Counsel
7  OFFICE OF THE
     COUNTY COUNSEL OF SAN JOAQUIN
8  44 North San Joaquin Street, Suite 679
   Stockton, California  95202
9  Telephone: (209) 468-2980

10 Attorneys for Defendants
   GARY COFFEY, JAMES C. WEYDERT,
11 and COUNTY OF SAN JOAQUIN

12

13                  UNITED STATES DISTRICT COURT

14                EASTERN DISTRICT OF CALIFORNIA

                                        **CIV. No. 2:08-cv-1664 LKK-GGH**
15 JOSEPH AMBROSE, D.C.,                 )
                                         )
16          Plaintiff,                   )
                                         )
17          v.                           )
                                         )
18 GARY COFFEY, et al.                   )
                                         )
19          Defendants.                  )
                                         )
20 _____      )  **CIV. No. 2:09-cv-2640-LKK-GGH**
   WILLIAM D. ORIGEL,                    )
21                                       )  **STIPULATION AND ORDER RE**
            Plaintiff,                   )  **RESCHEDULING OF MOTION**
22                                       )  **TO DISMISS ORIGEL**
            v.                           )  **COMPLAINT**
23                                       )
   TRAVELERS PROPERTY AND CASUALTY       )  **Date:  November 23, 2009**
24 COMPANY OF AMERICA, A Corporation;    )  **Time: 10:00 a.m.**
   WILLIAM REYNOLDS; THE COUNTY OF       )  **Place: Courtroom 4**
25 SANJOAQUIN; JAMES C. WEYDERT; GARY    )
   COFFEY; and DOES 1 to 100,            )
26                                       )
            Defendants.                  )
27 _____      )

28

   STIPULATION AND ORDER RE
   COMBINING HEARINGS ON MOTIONS TO DISMISS   1

1    WHEREAS, on October 5, 2009, Defendants County of San Joaquin,

2  James C. Weydert, and Gary Coffey (the "County Defendants") filed motions to

3  dismiss the complaints filed by Plaintiffs Richard Sausedo, Pedram Vaezi, and Michael

4  Yates, which motions are scheduled to be heard at 10:00 a.m. on November 23, 2009,

5  before the Honorable Lawrence K. Karlton;

6    WHEREAS, on October 15, 2009, the County Defendants filed a motion

7  to dismiss the complaint filed by Plaintiff Wilmer D. Origel, which motion was

8  scheduled to be heard at 9:00 a.m. on November 23, 2009, before the Honorable

9  Garland E. Burrell, Jr.;

10    WHEREAS, on October 30, 2009, Judge Karlton issued a Related Case

11  Order, in which he related the Origel case with the already related and consolidated

12  lawsuits filed by Sausedo, Vaezi, Yates, and Joseph Ambrose; the Related Case

13  Order also reassigned the Origel case to Judge Karlton;

14    WHEREAS, the Related Case Order also vacated the hearing on the

15  County Defendants' motion to dismiss Origel's complaint and directed the County

16  Defendants to renotice their motion to dismiss to reflect a hearing date available

17  before Judge Karlton, and invited the filing of a motion to shorten time for the hearing

18  of the motion to dismiss, if appropriate;

19    WHEREAS, the issues to be decided on the Origel motion to dismiss are

20  substantially the same as the issues to be decided on the motions to dismiss the

21  Sausedo, Vaezi, and Yates cases such that judicial economy would be served by

22  hearing the motions together:

23    THEREFORE, IT IS STIPULATED AND AGREED:

24    1.    The hearing on the County Defendants' motion to dismiss the

25  Origel complaint shall occur on November 23, 2009, at 10:00 a.m., and the briefing

26  schedule shall reflect this hearing date.

27

28

STIPULATION AND ORDER RE
COMBINING HEARINGS ON MOTIONS TO DISMISS   2

PDF created with pdfFactory trial version www.pdffactory.com

1      2.      This stipulation, once ordered and entered, shall constitute notice

2   of the new hearing date, time, and location, and the County Defendants need not refile

3   their motion to dismiss the Origel complaint.

4   Dated: November 2, 2009                          SUNTAG & FEUERSTEIN
                                                     A Professional Corporation

5
                                                     By:   /s/ *Dana A. Suntag*
6                                                    DANA A. SUNTAG
                                                     Attorneys for Defendants GARY
7                                                    COFFEY, JAMES C. WEYDERT,
                                                     and COUNTY OF SAN JOAQUIN
8

9   Dated: November 2, 2009                          DRIVON, TURNER & WATERS
                                                     A Professional Corporation
10

11                                                   By:   /s/ *Robert T. Waters*
                                                     ROBERT T. WATERS
                                                     Attorneys for Plaintiff WILMER D.
12                                                   ORIGEL

13                              O R D E R

14          It is so ordered.

15          Dated:   November 3, 2009

16

17

18

19          LAWRENCE K. KARLTON
            SENIOR JUDGE
20          UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com